IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01715-MSK-MJW

TIMOTHY THOMASON

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
JOSEPH CLEVELAND, individually;
NURSE JANE DOE 1, individually;
NURSE JANE DOE 2, individually.

    Defendants.

---

**ORDER** (Docket No. 30)

---

THIS MATTER, having come before the Court on the Unopposed Motion To Modify Scheduling Order And Reset Deadline For Joinder Of Parties And Amendment Of Pleadings, and the Court having been fully advised in the premises,

HEREBY ORDERS that the *motion is granted and the* Scheduling Order shall be Amended to allow the Complaint to be Amended to include the identity of Defendant Nurse Jane Doe 2 when that identity is ascertained.

Ordered this 19th day of December, 2007

_____
~~District Court (Magistrate) Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO