IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01715-MSK-MJW

TIMOTHY THOMASON

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
JOSEPH CLEVELAND, individually;
NURSE JANE DOE 1, individually;
NURSE JANE DOE 2, individually.

    Defendants.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT** ( Docket no. 40 )

---

The Court, having considered the Unopposed Motion for Leave to Amend the Complaint, does hereby ORDER THAT, the Motion is granted and Plaintiff's Second Amended Civil Rights Complaint with Request for Trial by Jury be accepted for filing.

IT IS SO ORDERED this 3rd day of March, 2008.

United States Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE