IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, U.S. Magistrate Judge

Civil Action No. 07-cv-01715-MSK-MJW

TIMOTHY THOMASON,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
JOSEPH CLEVELAND, individually,
NURSE JANE DOE 1, individually, and
NURSE JANE DOE 2, individually,

Defendants.

---

MINUTE ORDER
(DN 44)

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate the Scheduling Order (docket no. 44) is GRANTED finding good cause shown. The Rule 16 Scheduling Order dated November 6, 2007 (docket no. 18), is VACATED.

It is FURTHER ORDERED that a new Rule 16 Scheduling Conference is set on April 16, 2008, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their proposed Amended Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

It is FURTHER ORDERED that Plaintiff shall provide written notice to the two new defendants, the Denver Department of Health and Hospitals and Nancye Zimmer of the new Rule 16 Scheduling Conference set on April 16, 2008, at 10:00 a.m.

It is FURTHER ORDERED that the Settlement Conference set on April 16, 2008, at 10:30 a.m., is VACATED and will be reset at the time of the scheduling conference.

Date: March 10, 2008