IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01715-MSK-MJW

TIMOTHY THOMASON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
JOSEPH CLEVELAND, individually,
NURSE JANE DOE 1, individually, and
NURSE JANE DOE 2, individually,

    Defendants.
_____

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF STATE LAW
CLAIMS AGAINST DEFENDANT NANCYE ZIMMER**
_____

    THIS MATTER comes before the Court on the Stipulation Regarding Defendant Nancye Zimmer **(#60)**. Having reviewed the Stipulation,

    **IT IS ORDERED** that the Stipulation is **APPROVED** and Plaintiff's Third and Fourth state law claims for relief against Defendant Nancye Zimmer, in her individual capacity, are hereby **DISMISSED**. Each party shall bear their own fees and costs.

    DATED this 9th day of April, 2008.

                                         **BY THE COURT:**

                                         _____
                                         Marcia S. Krieger
                                         United States District Judge