IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, U.S. Magistrate Judge

Civil Action No. 07-cv-01715-MSK-MJW

TIMOTHY THOMASON,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
JOSEPH CLEVELAND, individually,
NURSE JANE DOE 1, individually, and
NURSE JANE DOE 2, individually,

Defendants.
_____
MINUTE ORDER
_____
ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that all Defendants shall have up to and including July 3, 2008, to file any response to (1) Plaintiff's Motion to File Under Seal and for an Order to Unseal Plaintiff's Motion for Leave to Amend the Complaint and Proposed Third Amended Civil Rights Complaint with Request for Trial by Jury (docket no. 83) and (2) Plaintiff's Motion for Leave to Amend the Complaint (docket no. 84).

Date: June 23, 2008