IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01715-MSK-MJW

TIMOTHY THOMASON,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
JOSEPH CLEVELAND, individually,
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, d/b/a
DENVER HEALTH and DENVER HEALTH MEDICAL CENTER, and
NANCYE ZIMMER, individually,

Defendants.

_____

**MINUTE ORDER**
_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Stipulated Motion for Entry of Order Denying Pending Motions as Moot (Docket No. 91) is granted. It is thus further

**ORDERED** that the Motion for Enforcement of Protective Order Pursuant to Rule 26(c) (Docket No. 80) and Motion to File Under Seal (Docket No. 83) are denied as moot.

It is further **ORDERED** that the motion for Leave to Amend the Complaint (Docket No. 84) is granted, finding good cause shown. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave when justice so requires." Despite defendants' arguments to the contrary, this court finds that the proposed amendments are not necessarily futile. It is thus further

**ORDERED** that the plaintiff shall forthwith file an unsealed copy of the Third Amended Complaint with a substituted page 20 as indicated in the parties' Stipulated Motion for Entry of Order Denying Pending Motions as Moot.

Date: July 8, 2008